**Justine BELLAMY, Plaintiff— Appellant,**

v.

**HORRY COUNTY SCHOOL DISTRICT, Defendant— Appellee,**

and

**Joe Dowling, in his individual and official capacity as director of career and technology for Horry County School District; Ronnie Burgess, in his individual and official capacity as principal of St. James High School, Defendants.**

No. 09–1901.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 19, 2009.

Justine Bellamy, Appellant pro se. Thomas Kennedy Barlow, Kenneth Lendren Childs; Jasmine Stanetta Rogers, Childs & Halligan, Columbia, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justine Bellamy appeals from the orders entered by the district court and the magistrate judge in favor of Defendants in her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and by the magistrate judge. *Bellamy v. Horry Co. Sch. Dist.*, No. 4:07–cv–02727–TER, 2009 WL 2151199 (D.S.C. July 13, 2009 & July 28, 2009). We deny Bellamy's motion for transcripts at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*